No. 269. DYER ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION ET AL. C. A. 8th Cir. Certiorari denied. *J. Raymond Dyer* for petitioners. *Solicitor General Rankin, Thomas G. Meeker, Solomon Freedman, Aaron Levy* and *Arthur Blasburg, Jr.* for the Securities and Exchange Commission, respondent.

No. 275. IN RE LOCAL 824, INTERNATIONAL LONGSHOREMEN'S ASSOCIATION (IND.), ET AL. *v.* WATERFRONT COMMISSION OF NEW YORK HARBOR. Court of Appeals of New York. Certiorari denied. *Henry A. Lowenberg* for petitioners. *William P. Sirignano, Harold X. McGowan* and *Irving Malchman* for respondent.

No. 277. DAVIS *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Roberson L. King* for petitioner.

No. 281. LOS ANGELES COUNTY FLOOD CONTROL DISTRICT *v.* SOUTHERN CALIFORNIA GAS CO. ET AL. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Harold W. Kennedy* and *Baldo M. Kristovich* for petitioner. *T. J. Reynolds* and *L. T. Rice* for respondents.

No. 286. DUCKWORTH ET AL. *v.* JAMES ET AL. C. A. 4th Cir. Certiorari denied. *Leonard H. Davis* and *W. R. C. Cocke* for petitioners.

No. 289. BAUSCH & LOMB OPTICAL Co. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Hugh Satterlee* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Lee A. Jackson* for respondent.